IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:05CR403 |
| | ) | (Financial Litigation Unit) |
| JON FARRELL BUSCH | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TREE BRAND PACKAGING INC., | ) | |
| Garnishee. | ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 42) filed June 29, 2015. For the reasons stated therein and for good cause shown, it is **ORDERED** that the Writ of Continuing Garnishment filed in this case against Defendant Jon Farrell Busch is **DISMISSED**.

Signed: June 29, 2015

David C. Keesler
United States Magistrate Judge